01-15-00501-CR



**JOHN D. KINARD**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 3:10:21 PM
CHRISTOPHER A. PRINE
Clerk

June 02, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin. 2nd floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. Marcos Daniel Jimenez**
**CASE NUMBER: 13CR1173**
**10th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 08/30/2015**
> **Notice of Appeal: 04/30/2015**
> **Motion for New Trial: 05/29/2015**
> **Offense Convicted of: AGG ROBBERY**
> **Judgment and Sentence: Twenty-Five (25) Years Institutional Division, TDCJ**
> **Trial Judge: Kerry Neves**
> **Court Reporter: Gail Jalufka**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Brandi Reyes

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*    13-CR-1173
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1045884



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Mark W Stevens, Attorney for Appellant
PO BOX 8118
Galveston TX 77553

CC: Gail Jalufka, Court Reporter
600 59th Street
Galveston, Texas 77551

CAUSE NUMBER 13CR1173

THE STATE OF TEXAS  2015 APR 30 PM 3:29  IN THE DISTRICT COURT OF

VS.  GALVESTON, COUNTY, TEXAS

Marcos Daniel Jimenez  10th JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this __30th__ day of __April__, __2015__ the Defendant individually ~~or by Attorney,~~ in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

__Notice to the 14th Court Appeals__

_____

_____

_____

Defendant

Or

_____
Attorney
State BarNo._____

**The Following to be Completed by Clerk:**

Date of Judgment or other Order Appealed from: __April 30, 2015__
Name of Trial Court Judge: __Kerry Neves__
Name of Court Reporter: __Gail Halufka__
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated? Yes ✓ No____
Offense Convicted of: __Aggravated Robbery with Enhancement__
Punishment Assessed: __Twenty Five (25) years TDCJ__
Who Assessed Punishment? Trial Court_____ Jury ✓
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable: _____
Defendant on Appeal Bond? Yes_____ No ✓